# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135865

EUGENE E. KIRK, #154177

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC:  135865
CoA:  281628

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 20, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2008

jm

_____
Clerk